IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00831-RBJ

ASHLEY YOUCHOFF,

    Plaintiff,

v.

IQ DATA INTERNATIONAL, INC.

    Defendant.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served September 18, 2012 and the acceptance thereof filed October 2, 2012, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Plaintiff and against Defendant in the amount of $1,501.00.  In addition, Plaintiff's costs and reasonable attorneys' fees are to be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of **0.17**% from the date of entry of this judgment.

DATED at Denver, Colorado this 3rd day of  October, 2012.

                            JEFFREY P. COLWELL, CLERK

                        By:   s/ Edward P. Butler
                                Edward P. Butler, Deputy Clerk